201-07/GMV/PLS
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff EUROTRADE
80 Pine Street
New York, NY 10005
Telephone: (212) 425-1900 / Facsimile: (212) 425-1901
Gina M. Venezia (GV 1551)
Pamela L. Schultz (PS 0335)

JUDGE SCHEINDLIN

07 CV 3172

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x   07 CIV.       (     )
EUROTRADE INC., LIBERIA
                                                                **RULE 7.1 STATEMENT**
                              Plaintiff,

    -against-

SOURCE LINK SHIPPING CO. LTD., BVI

                              Defendant.
-----------------------------------------------------------x

RECEIVED APR 20 2007 U.S.D.C. S.D.N.Y. CASHIERS

The Plaintiff, EUROTRADE INC., LIBERIA by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, certifies that it is a private (non-governmental) party, has no corporate parents, and that no publicly-held corporation in the United States owns 10% or more of the stock of the company.

Dated: New York, New York
       April 19, 2007

                              FREEHILL HOGAN & MAHAR, LLP
                              Attorneys for Plaintiff EUROTRADE INC., LIBERIA

                    By:       _____
                              Gina M. Venezia (GV 1551)
                              Pamela L. Schultz (PS 0335)
                              80 Pine Street
                              New York, NY 10005
                              Telephone: (212) 425-1900
                              Facsimile: (212) 425-1901

NYDOCS1/281736.1