UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EUROTRADE INC., LIBERIA<br><br>Plaintiff,<br><br>v.<br><br>SOURCE LINK SHIPPING CO. LTD., BVI.<br><br>Defendant. | **CERTIFICATE OF MAILING**<br><br><br><br>07 CV 3172 (SHS) |

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**24th Day of August, 2007**

I served the

SUMMONS & COMPLAINT

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

**20th Day of April, 2007**

by mailing via registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

RB 525 265 8/5

J. Michael McMahon
_____
CLERK

Dated: New York, NY

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

## SUMMONS IN A CIVIL ACTION

EUROTRADE INC., LIBERIA

                Plaintiff,

-against-

SOURCE LINK SHIPPING CO. LTD., BVI

                Defendant.

07 CV

**07 CV 3172**

**JUDGE SCHEINDLIN**

TO: (NAME AND ADDRESS OF DEFENDANT)

Source Link Shipping Co. Ltd., BVI
15d Deji Mansion
188 Changjiang Road



ile with the Clerk of this Court and serve upon

ipon you, within 30 days after service of this summons
.o, judgment by default will be taken against you for the

APR 2 0 2007
DATE