*So Ordered*

201-07/GMV
FREEHILL HOGAN & MAHAR LLP
Attorneys for Plaintiff Eurotrade Inc., Liberia
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Gina M. Venezia (GV 1551)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EUROTRADE INC., LIBERIA,

        Plaintiff

- against -

SOURCE LINK SHIPPING CO. LTD. BVI,

        Defendant

07 cv 3172 (SAS)

**RULE 41(A)(1) NOTICE OF VOLUNTARY DISMISSAL <u>WITHOUT PREJUDICE</u>**

    Pursuant to Rule 41(a)(1), Plaintiff Eurotrade Inc., Liberia, hereby dismisses the above action without prejudice and represents that the defendant has not filed an answer or motion for summary judgment. The order of attachment issued in this case shall be withdrawn and any funds attached pursuant to that order released.

Dated: New York, New York
       June 26, 2008

                                              _____
                                              Gina M. Venezia (GV 1551)
                                              FREEHILL HOGAN & MAHAR, LLP
                                              80 Pine Street
                                              New York, NY 10005
                                              (212) 425-1900
                                              Attorneys for Plaintiff

NYDOCS1/307496.1

*[Signed] U.S.D.J. 6/26/08*